# Ocean Lakes Press Room

## FAMILY CAMPGROUND
Campsites · Rental Sites · Property Sales



To contact the Director of Marketing and Public Relations please call Barb Krumm at 843-828-4829 or via email at bkrumm@oceanlakes.com.

•••• FOR IMMEDIATE RELEASE ••••

Ocean Lakes Family Campground Announces New Amenity
"The Hippo" - World's Largest Inflatable Waterslide

Released on July 6, 2005

MEDIA CONTACT: Barb Krumm, Director of Marketing and Public Relations, please call (843) 828-4829 M-F 8 AM-5 PM EST, after hours: (843) 457-0601. 300 dpi photos are available via email.

Hippo Slide 2007





Myrtle Beach, SC - Ocean Lakes Family Campground opened their latest amenity for their guests and the response has been outstanding. The Hippo™ opened on Saturday, June 10th and its popularity continues to grow with guests. The "World's Largest Inflatable Water Slide" is designed on the same scale as attractions in theme parks and water parks. This incredible product sets a whole new standard for the entertainment industry. Great family fun, children and adults of all age groups will





http://www.oceanlakes.com/press%20releases/pr_hippo_slide.html

4/14/2008

Page 1 of 3

DEFENDANT'S EXHIBIT A

enjoy this innovative new concept.

Ocean Lakes Campground and Coastal Recreation LLC. are partners in bringing the first Hippo to South Carolina. George Lack a partner in Coastal Recreation LLC. said, "The interest in this product is phenomenal. During the construction phase a crowd gathered and. watched in amazement as the Hippo™ was inflated for the first time." Ocean Lakes' Vice President and General Manager explains, "We are always thinking of new ways that our guests can have fun and enjoy our campground. The Hippo™ seemed like a good fit, and has been very busy with guests of all ages since it was installed."



The Hippo measures 36 ft. high, 47 ft wide and almost 170 ft. in length. The Hippo's ™ design is regulated in the US and Canada and has passed all mandatory safety inspections and pressure testing. The Hippo™ sits on Ocean Lakes' beachfront and is for campground guests. Coastal Recreation LLC. opened a second Hippo™ for the general public's enjoyment at South Beach next to Damon's Oceanfront on July 2nd.



High resolution photos available on CD or via email for media.



Ocean Lakes Family Campground • 6001 South Kings Highway • Myrtle Beach, SC 29575
Campsite Reservations: 877.510.1413 • Rental Reservations: 800.845.2229 • Main Office: 843.238.5636

http://www.oceanlakes.com/press%20releases/pr_hippo_slide.html

E-MAIL: Campsite Reservation Info • Rental Site Info • General Questions & Info

Lodging | Amenities | Activities | FAQ's | Contact Us | Discounts | Employment
Virtual Tour | Maps | Rallies & Groups | Storage | Accessibility | Policies | Press Room

Copyright 2003-08 Ocean Lakes Family Campground. All Rights Reserved.